

# Missouri Court of Appeals
## Southern District

## DECEMBER 9, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33451

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             SAM MARTED CALMESE,
             Defendant-Appellant.